UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| CHAREL L. FISHER, | Civil No. C18-5871 RSM |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties,

IT IS ORDERED that the above-captioned case be reversed and remanded to the Commissioner of Social Security for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge will re-evaluate the opinion evidence of record; further evaluate the claimant's alleged symptoms; as necessary, reassess the claimant's maximum residual functional capacity; if warranted by the expanded record, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on the claimant's ability to perform other work in the national economy; take any further action needed to complete the administrative record; and issue a new decision.

Plaintiff is entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper presentation to this Court.

DATED this 31st day of May 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ Sarah Moum
SARAH MOUM
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2936
Fax: (206) 615-2531
sarah.moum@ssa.gov